IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


LINDA COCHRAN TECCHIO,

       Appellant,

 v.                             Case Nos.  5D22-1820
                                           5D22-1823
                             LT Case Nos. 2020-CF-004001-A
                                        2020-CF-004002-A


STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed March 31, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and
Robert J. Pearce, III, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

In this Anders[1] appeal, we affirm the judgments and sentences imposed by the trial court following revocation of Appellant's probation. However, we remand for correction of two scrivener's errors in the orders revoking probation to reflect that Appellant was found to have violated condition 5 in 2020-CF-4001 and condition 5 and special condition 2 in 2020-CF-4002. See Polite v. State, 339 So. 3d 486 (Fla. 5th DCA 2022); Harrison v. State, 313 So. 3d 926 (Fla. 5th DCA 2021). Neither order should reflect a violation of standard condition 2.

AFFIRMED; REMANDED FOR CORRECTION OF SCRIVENER'S ERROR.

WALLIS, EDWARDS and HARRIS JJ., concur.

---

[1] Anders v. California, 386 U.S. 738 (1967).